# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:07CR28

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JAMES AUGUSTUS WILLIAMS ) | |

**THIS MATTER** is before the Court on the Defendant's motion for a transcript of the detention hearing of co-Defendant Anthony David Sexton held May 7, 2007.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and a transcript of the detention hearing of co-Defendant Anthony David Sexton is authorized at Government expense. Counsel is requested to submit the appropriate transcript order form.

Inasmuch as this case is calendared for trial during the July 2007 term, the Court Reporter is respectfully requested to prepare this transcript as soon as is practicable.

2

Signed: May 29, 2007

Lacy H. Thornburg
United States District Judge