IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:07CR28

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES AUGUSTUS WILLIAMS ) | |

**THIS MATTER** is before the Court on receipt of a CJA-24 form from Defendant's attorney requesting the Court authorize a transcript be prepared at Government expense of the May 7, 2007, detention hearing of co-Defendant Anthony David Sexton to be used in preparation for the Defendant's sentencing.

Defendant entered his plea pursuant to a plea agreement during a Rule 11 hearing held on June 4, 2007. He is currently awaiting sentencing.

Defendants are not entitled to transcripts at Government expense absent some showing of a particularized need. *United States v. MacCollom*, 426 U.S. 317, 326-27 (1976); *Miller v. Smith*, 99 F.3d 120, 125 n.5 (4th Cir. 1996); *United States v. Davis*, 972 F.2d 342 (table),

**1992 WL 180109 (4th Cir. 1992).** Defendant here as not made the requisite showing.

**IT IS, THEREFORE, ORDERED** that the Defendant's request for the provision of a transcript at Government expense is hereby **DENIED.**

Signed: July 2, 2007

Lacy H. Thornburg
United States District Judge